[No. 17167-1-III.    Division Three.    June 24, 1999.]

SEATTLE FIRST NATIONAL BANK, *Respondent*, v. RONALD G. GROGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-06581-8, James M. Murphy, J., entered April 17, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 17224-4-III.    Division Three.    June 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST JAMES FINNIE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00072-7, Paul A. Bastine, J., entered January 30, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17325-9-III.    Division Three.    June 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALEXANDER SEVIER II, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01201-8, Robert D. Austin, J., entered February 10, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 22046-6-II.    Division Two.    June 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN JAMES HARDIE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00220-8, James B. Sawyer II, J., entered May 22, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.